UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMOTHY E. AGEE,

Petitioner,

v.

BOP,

Respondent.

Civil No. 00-816 (DSD/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner having filed an application for writ of habeas corpus under 28 U.S.C. § 2241 challenging respondent's computation of the length of his sentence and alleging violations of his rights under federal law and the United States Constitution;

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's application within thirty (30) days of the date of this Order. Such response shall address the merits of petitioner's claims in light of relevant decisions of the United States Supreme Court and the United States Court of Appeals for the Eighth Circuit. The response shall also include copies of petitioner's prison records and other documentation that may be material to the claims presented in the petition.

Dated: April 5, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED APR 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______