# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Timothy E. Agee,

v.

Bureau of Prisons,

Case No. Civil 00-816 DSD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Petitioner's petition for writ of habeas corpus is dismissed.

2. The Bureau of Prisons is dismissed as respondent and replaced with R.L. Stiff, Warden at the Federal Correctional Institute in Waseca, Minnesota.

DATE: January 31. 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

(12)